IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 21-108 |
| TODD MATTHEW JAKOSH | |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Todd Matthew Jakosh, Year of Birth: 1987, White, Male.

2. Detained by: Indiana County Prison, 665 Hood School Road, Indiana, PA 15701.

3. Detainee is charged in this district by Indictment, charging detainee with violating Title 18, United States Code, Section 922(g)(8).

4. Detainee is presently confined in the Indiana County Prison, Indiana, Pennsylvania, awaiting a disposition of state charges.

5. The above case is set for an Initial Appearance at Pittsburgh, PA on April 19, 2021, at 1:00pm, and it shall therefore be necessary for detainee to appear via video teleconference at that time.

6. The Warden of the Indiana County Prison, Indiana, PA, has no objections to the granting of this petition.

/s/ Robert C. Schupansky
ROBERT C. SCHUPANSKY
Assistant U.S. Attorney
PA ID No. 82158

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

4/16/21
DATE

UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney